UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL E. ACEVEDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV1803 RWS |
| | ) | |
| CITY OF BRIDGETON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants have filed motions for summary judgment pursuant to Fed. R. Civ. P. 56. Plaintiff has responded that he needs additional discovery pursuant to Fed. R. Civ. P. 56(f) in order to adequately respond to the motions for summary judgment. However, Plaintiff has failed to identify which facts identified in the motions for summary judgment he is unable to respond to or what discovery is required to respond to the motions for summary judgment.

As a result, Plaintiff shall identify, in a written memorandum to the Court, (1) the specific facts identified in the motions for summary judgment and the statements of material facts to which he is unable to respond to due to the lack of discovery and (2) what discovery will be required to adequately respond to the motions for summary judgment. Plaintiff's memorandum shall be filed within twenty (20) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall identify, in a written memorandum to the Court, (1) the specific facts identified in the motions for summary judgment and the statements of material facts to which he is unable to respond to due to the lack of discovery and (2) what discovery will be required to adequately respond to the motions for summary judgment.

Plaintiff's memorandum shall be filed within twenty (20) days of the date of this Memorandum and Order.

Dated this 6th day of July, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE