UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ACEVEDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01803 RWS |
| ) | |
| CITY OF BRIDGETON, et al., ) | |
| ) | |
| Defendants. ) | |

### **MEMORANDUM AND ORDER**

This matter is before me on Acevedo's Motion to Strike Defendant's Claim of Plaintiff Voluntarily Admitted Himself [#94]. Federal Rule of Civil Procedure 12(f) provides that "a court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." In support of his motion to strike, Acevedo argues only that " Defendants' hands are unclean by <u>desecrate</u> in that no application for detention was prepared by any defendant." Defendants' claim that Acevedo voluntarily admitted himself is relevant and material to Acevedo's claims. I find that Acevedo has not provided sufficient evidence that Defendants' claim is "impertinent, or scandalous matter."

Accordingly,

**IT IS HEREBY ORDERED** that Acevedo's Motion to Strike [#94] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2007.