UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ACEVEDO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01803 RWS |
| ) | |
| CITY OF BRIDGETON, et al., ) | |
| ) | |
| Defendants. ) | |

### **MEMORANDUM AND ORDER**

This matter is before me on Plaintiff Michael Acevedo's Motion for a Jury Demand [#103] and Motion to Amend Complaint [#103]. This motion was received in chambers after my Order granting Defendants' Motions for Summary Judgment #44 and #49 had been docketed and after my order granting Defendants' Motion for Summary Judgment #69 had been drafted. Having reviewed Acevedo's Motions, I will deny them both.

Acevedo's Motion for a Jury Demand is moot because Acevedo demanded a jury trial in his original complaint.

In his Motion to Amend, Acevedo's only change to his complaint is to increase the relief requested. Because I have already reviewed the merits of Acevedo's legal argument and granted summary judgment in favor of Defendants, I will deny Acevedo's Motion to Amend his Complaint.

Construing Acevedo's motion liberally, to the extent that this motion is meant to supplement Acevedo's response to Defendants' Motions for Summary Judgment [#44, 49, 69], this motion was made out-of-time. Additionally, the current motion before me reasserts the arguments Acevedo made in his responses to the Motions for Summary Judgment. I have

already considered these arguments in reviewing the Motions for Summary judgment and ruled in favor of Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Acevedo's Motion for a Jury Demand [#103] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Acevedo's Motion to Amend Complaint [#103] is **DENIED**.

                                            _____
                                            RODNEY W. SIPPEL
                                            UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2007.